**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **VÍCTOR RAMOS SANTIAGO, ET AL** | |
| Plaintiffs | CIVIL No. 14-1087 (SEC) |
| **v.** | Age Discrimination (PR Law 100); Unjust Dismissal (PR Law 80); Torts and Lost Financial Support |
| **WHM CARIB, LLC, ET AL** | |
| Defendants | |

**STATEMENT OF UNCONTESTED FACTS**
**IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Index of Exhibits

Exhibit 1      Víctor Ramos' deposition

Exhibit 2      Memo from Arturo Ortiz dated May 10th, 2007

Exhibit 3      Acknowledged receipts

Exhibit 4      Wyndham's Business Principles Book

Exhibit 5      Wyndham's Employee Handbook

Exhibit 6      Wyndham Río Mar's Answers to Plaintiffs' Set of Interrogatories and Requests for Production of Documents

Exhibit 7      Wyndham's Tips Policy

Exhibit 8      Tournament Coordinator's Job Description

Exhibit 9      Itinerary of College of Engineers and Land Surveyors of Puerto Rico held its Annual Convention at Wyndham Río Mar from August 9 thru 12, 2013

Exhibit 10     Itinerary of Pro Am Golf Tournament at Wyndham Río Mar's golf course on August 8, 2013

Exhibit 11     Email from Víctor Ramos to Marissa Gasparoli dated July 16, 2013

Exhibit 12     Email from Víctor Ramos dated July 23, 2013 to Marissa Gasparoli, among others

Exhibit 13     Minutes of Meeting between Víctor Ramos and Jeff Willenberg

Exhibit 14     Email from Marissa Gasparoli to Víctor Ramos dated July 24, 2013

Exhibit 15     Check Number 054632 for $3,000 to Víctor Ramos from College of Engineers and Land Surveyors of Puerto Rico

Exhibit 16     Invoice by Víctor Ramos to College of Engineers and Land Surveyors of Puerto Rico for $3,000

Exhibit 17      Email from Marissa Gasparoli to Luis Manuel dated July 27, 2013

Exhibit 18      Héctor Aponte's deposition

Exhibit 19      Breakdown of the $3,000.00

Exhibit 20      Email to Johanna Vargas to Kelli Joseph

Exhibit 21      Email to Johanna Vargas from Jeff Willenberg dated August 13, 2013

Exhibit 22      Associate Performance Action Form

Exhibit 23      Statement by Víctor Ramos dated August 9, 2013

Exhibit 24      Wyndham Rio Mar's corporate deposition

Exhibit 25      Handwritten minute by Johanna Vargas dated August 15, 2013

Exhibit 26      Email from Kelli Joseph to Johanna Vargas dated August 14, 2013

Exhibit 27      Kelli Joseph's deposition

Exhibit 28      Johanna Vargas deposition

Exhibit 29      Danny William's deposition

Exhibit 30      Jeff Willmberg Statement Under Penalty of Perjury